



# MEMORANDUM OPINION

No. 04-12-00614-CR

**IN RE** Wilbert P. **STEWART**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
               Rebecca Simmons, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  October 10, 2012

PETITION FOR WRIT OF MANDAMUS DENIED

On September 24, 2012, relator Wilbert P. Stewart filed a petition for writ of mandamus, complaining of the trial court's failure to rule on his pro se petition for writ of habeas corpus. However, counsel has been appointed to represent relator in the criminal proceeding pending in the trial court for which he is currently confined. A criminal defendant is not entitled to hybrid representation. *See Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007); *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). A trial court has no legal duty to rule on pro se motions or petitions filed with regard to a criminal proceeding in which the defendant is represented by counsel. *See Robinson*, 240 S.W.3d at 922. Consequently, the trial court did not

---

[1] This proceeding arises out of Cause No. 2012-CR-6387, styled *State of Texas v. Wilbert P. Stewart*, pending in the 187th Judicial District Court, Bexar County, Texas, the Honorable Raymond Angelini presiding.

abuse its discretion by declining to rule on relator's *pro se* petition for writ of habeas corpus filed in the criminal proceeding pending in the trial court. Accordingly, the petition for writ of mandamus is denied. TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH